UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDOQUEO GUEVARA,<br><br>        Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, WARDEN,<br><br>        Respondent. | CASE NO. CV 11-459-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 8, 2012

_/s/ Patrick J. Walsh_
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\GUEVARA, M 459\Judgment.wpd