UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDOQUEO GUEVARA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MAURICE JUNIOUS, WARDEN,<br><br>　　　　　Respondent. | ) CASE NO. CV 11-459-PJW<br>)<br>)<br>) J U D G M E N T<br>)<br>)<br>)<br>)<br>) |

　　　In accordance with the Memorandum Opinion and Order filed herewith,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED: May 8, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\GUEVARA, M 459\Judgment.wpd